# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

142058 & (3)(4)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

RALPH E. MUSILLI and WALTER
BAUMGARDNER, JR.,
      Respondents-Appellants.

SC: 142058
ADB: 07-88-JC; 07-89-JC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

_____
Clerk

p1123